# EXHIBIT A

| SUMMONS | CIVIL DOCKET NO. | **Trial Court of Massachusetts** |
|---|---|---|
| | 2585CV00660 - C | **The Superior Court** |

Case Name: ALAIN JEAN-PAUL
12 MALDEN DR
WEBSTER MA 01570

Plaintiff(s)

Vs.

TD BANK CORPORATE OFFICE
4140 CHURCH ROAD
MOUNT LAUREL, NJ 08054

Defendant(s)

| |
|---|
| **Dennis P. McManus**  Clerk of Courts |
| **Worcester**  County |
| COURT NAME & ADDRESS: |
| Worcester Superior Court |
| 225 Main Street |
| Worcester, MA 01608 |

THIS SUMMONS IS DIRECTED TO _____ (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this Summons and the original Complaint has been filed in the _____ Court.

**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

**1. You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the Court may decide the case against you and award the plaintiff everything asked for in the Complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

**2. How to Respond.**

To respond to this lawsuit, you must file a written response with the Court **and** mail a copy to the Plaintiff's attorney (or the Plaintiff, if unrepresented). You can do this by:

a) Filing your **signed original** response with the Clerk's Office for Civil Business, _____ Court

_____ (address), by mail, in person, or electronically through

the web portal www.eFileMA.com if the complaint was e-filed through that portal, **AND**

b) Delivering or mailing **a copy** of your response to the Plaintiff's attorney/Plaintiff at the following address:

**3. What to include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in Court. If you have any claims against the Plaintiff (referred to as "counterclaims") that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Court no more than 10 days after sending your Answer.

3. (cont). Another way to respond to a Complaint is by filing a "Motion to Dismiss," if you believe that the Complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Rule 12 of the Massachusetts Rules of Civil Procedure.** If you are filing a Motion to Dismiss, you must follow the filing rules for "Civil Motions in Superior Court," available at:

www.mass.gov/law-library/massachusetts-superior-court-rules

### 4. Legal Assistance.

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

### 5. Required Information on All Filings.

The "Civil Docket No." appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Michael D. Ricciuti, Chief Justice on _____, 20_____. (Seal)

Clerk _____

**Note:** The docket number assigned to the original Complaint by the Clerk should be stated on this Summons before it is served on the Defendant(s).

---

PROOF OF SERVICE OF PROCESS

---

I hereby certify that on _____, I served a copy of this Summons, together with a copy of the Complaint in this action, on the Defendant named in the Summons, in the following manner (See Rule 4(d)(1-5) of the Massachusetts Rules of Civil Procedure):

_____

_____

_____

Dated: _____     Signature: _____

**N.B.  TO PROCESS SERVER:**

**PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX – BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.**

Date: _____

| CIVIL ACTION COVER SHEET | DOCKET NUMBER 2585CV00660-C | Trial Court of Massachusetts The Superior Court |
|---|---|---|

PLAINTIFF(S): ALAIN JEAN-PAUL

ADDRESS: 12 Malden Dr
Webster, MA 01570

COUNTY Worcester

DEFENDANT(S): 17
Cher
A.

TD BANK CORPORATE OFFICE

4140 CHURCH ROAD

MOUNT LAUREL, N.J.08054

ATTORNEY:

ADDRESS:

BBO:

## TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

CODE NO. BG1

TYPE OF ACTION (specify) Financial Institutions/funds

TRACK A

HAS A JURY CLAIM BEEN MADE?
☐ YES ☒ NO

*If "Other" please describe:

2025 OCT 21 A 9:23 RECEIVED BURLINGTON COUNTY SHERIFF

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ........................................................ $
2. Total doctor expenses ........................................................ $
3. Total chiropractic expenses ................................................. $
4. Total physical therapy expenses ............................................ $
5. Total other expenses (describe below) ..................................... $

Subtotal (A): $  0

B. Documented lost wages and compensation to date ............................ $
C. Documented property damages to dated ..................................... $
D. Reasonably anticipated future medical and hospital expenses ............... $
E. Reasonably anticipated lost wages ........................................ $
F. Other documented items of damages (describe below) Please find on Exhibit F  $ 75,000

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

TOTAL (A-F):$

### CONTRACT CLAIMS
(attach additional sheets as necessary)

Provide a detailed description of claims(s):

TOTAL: $

Signature of Attorney/Pro Se Plaintiff: X

Date: 05-14-25

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

## CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X

Date:

# CIVIL ACTION COVER SHEET INSTRUCTIONS
## SELECT CATEGORY THAT BEST DESCRIBES YOUR CASE

**AC Actions Involving the State/Municipality ***

| | | |
|---|---|---|
| AA1 Contract Action Involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AB1 Tortious Action Involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AC1 Real Property Action Involving Commonwealth, Municipality, MBTA etc. | (A) |
| AD1 Equity Action Involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AE1 Administrative Action Involving Commonwealth, Municipality, etc. | (A) |

**CN Contract/Business Cases**

| | |
|---|---|
| A01 Services, Labor, and Materials | (F) |
| A02 Goods Sold and Delivered | (F) |
| A03 Commercial Paper | (F) |
| A04 Employment Contract | (F) |
| A06 Insurance Contract | (F) |
| A08 Sale or Lease of Real Estate | (F) |
| A12 Construction Dispute | (A) |
| A14 Interpleader | (F) |
| BA1 Governance, Conduct, Internal Affairs of Entities | (A) |
| BA3 Liability of Shareholders, Directors, Officers, Partners, etc. | (A) |
| BB1 Shareholder Derivative | (A) |
| BB2 Securities Transactions | (A) |
| BC1 Mergers, Consolidations, Sales of Assets, Issuance of Debt, Equity, etc. | (A) |
| BD1 Intellectual Property | (A) |
| BD2 Proprietary Information or Trade Secrets | (A) |
| BG1 Financial Institutions/Funds | (A) |
| BH1 Violation of Antitrust or Trade Regulation Laws | (A) |
| A99 Other Contract/Business Action - Specify | (F) |

*Choose this case type if ANY party is the Commonwealth, a municipality, the MBTA, or any other governmental entity UNLESS your case is a case type listed under Administrative Civil Actions (AA).

† Choose this case type if ANY party is an incarcerated party, UNLESS your case is a case type listed under Administrative Civil Actions (AA) or is a Prisoner Habeas Corpus case (E97).

**ER Equitable Remedies**

| | |
|---|---|
| D01 Specific Performance of a Contract | (A) |
| D02 Reach and Apply | (F) |
| D03 Injunction | (F) |
| D04 Reform/ Cancel Instrument | (F) |
| D05 Equitable Replevin | (F) |
| D06 Contribution or Indemnification | (F) |
| D07 Imposition of a Trust | (A) |
| D08 Minority Shareholder's Suit | (A) |
| D09 Interference in Contractual Relationship | (F) |
| D10 Accounting | (A) |
| D11 Enforcement of Restrictive Covenant | (F) |
| D12 Dissolution of a Partnership | (F) |
| D13 Declaratory Judgment, G.L. c.231A | (A) |
| D14 Dissolution of a Corporation | (F) |
| D99 Other Equity Action | (F) |

**PA Civil Actions Involving Incarcerated Party †**

| | |
|---|---|
| PA1 Contract Action involving an Incarcerated Party | (A) |
| PB1 Tortious Action involving an Incarcerated Party | (A) |
| PC1 Real Property Action involving an Incarcerated Party | (F) |
| PD1 Equity Action involving an Incarcerated Party | (F) |
| PE1 Administrative Action involving an Incarcerated Party | (F) |

**TR Torts**

| | |
|---|---|
| B03 Motor Vehicle Negligence - Personal Injury/Property Damage | (F) |
| B04 Other Negligence - Personal Injury/Property Damage | (F) |
| B05 Products Liability | (A) |
| B06 Malpractice - Medical / Wrongful Death | (A) |
| B07 Malpractice - Other | (A) |
| B08 Wrongful Death, G.L. c.229 §2A | (A) |
| B15 Defamation | (A) |
| B19 Asbestos | (A) |
| B20 Personal Injury - Slip & Fall | (F) |
| B21 Environmental | (F) |
| B22 Employment Discrimination | (F) |
| BE1 Fraud, Business Torts, etc. | (A) |
| B99 Other Tortious Action | (F) |

**RP Real Property**

| | |
|---|---|
| C01 Land Taking | (F) |
| C02 Zoning Appeal, G.L. c. 40A | (F) |
| C03 Dispute Concerning Title | (F) |
| C04 Foreclosure of a Mortgage | (X) |
| C05 Condominium Lien & Charges | (X) |
| C99 Other Real Property Action | (F) |

**MC Miscellaneous Civil Actions**

| | |
|---|---|
| E18 Foreign Discovery Proceeding | (X) |
| E97 Prisoner Habeas Corpus | (X) |
| E22 Lottery Assignment, G.L. c. 10 §28 | (X) |

**AB Abuse/Harassment Prevention**

| | |
|---|---|
| E15 Abuse Prevention Petition, G.L. c. 209A | (X) |
| E21 Protection from Harassment, G.L. c. 258E | (X) |

**AA Administrative Civil Actions**

| | |
|---|---|
| E02 Appeal from Administrative Agency, G.L. c. 30A | (X) |
| E03 Certiorari Action, G.L. c.249 §4 | (X) |
| E05 Confirmation of Arbitration Awards | (X) |
| E06 Mass Antitrust Act, G.L. c. 93 §9 | (A) |
| E07 Mass Antitrust Act, G.L. c. 93 §8 | (X) |
| E08 Appointment of a Receiver | (X) |
| E09 Construction Surety Bond, G.L. c. 149 §§29, 29A | (A) |
| E10 Summary Process Appeal | (X) |
| E11 Worker's Compensation | (X) |
| E16 Auto Surcharge Appeal | (X) |
| E17 Civil Rights Act, G.L. c.12 §11H | (A) |
| E24 Appeal from District Court Commitment, G.L. c.123 §9(b) | (X) |
| E25 Pleural Registry (Asbestos cases) | |
| E95 Forfeiture, G.L. c.94C §47 | (F) |
| E99 Other Administrative Action | (X) |
| Z01 Medical Malpractice - Tribunal only, G.L. c. 231 §60B | (F) |
| Z02 Appeal Bond Denial | (X) |

**SO Sex Offender Review**

| | |
|---|---|
| E12 SDP Commitment, G.L. c. 123A §12 | (X) |
| E14 SDP Petition, G.L. c. 123A §9(b) | |

**RC Restricted Civil Actions**

| | |
|---|---|
| E19 Sex Offender Registry, G.L. c.6 §178M | (X) |
| E27 Minor Seeking Consent, G.L. c.112 §12S | (X) |
| E94 Forfeiture, G.L. c265 §56 | (X) |

## TRANSFER YOUR SELECTION TO THE FACE SHEET

**EXAMPLE:**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence-Personal Injury | F | ☒ YES    ☐ NO |

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

**DUTY OF THE PLAINTIFF -** The plaintiff shall set forth, on the face of the civil action cover sheet (or attach additional sheets as necessary), a statement specifying the facts on which the plaintiff relies to determine money damages. A copy of such civil action cover sheet, including the statement as to the damages, shall be served with the complaint. A clerk-magistrate shall not accept for filing a complaint, except as otherwise provided by law, unless it is accompanied by such a statement signed by the attorney or pro se party.

**DUTY OF THE DEFENDANT -** If the defendant believes that the statement of damages filed by the plaintiff is inadequate, the defendant may file with his/her answer a statement specifying the potential damages which may result if the plaintiff prevails.

## A CIVIL COVER SHEET MUST BE FILED WITH EACH COMPLAINT.
## FAILURE TO COMPLETE THIS COVER SHEET THOROUGHLY AND ACCURATELY
## MAY RESULT IN DISMISSAL OF THIS ACTION.

# COMMONWEALTH OF MASSACHUSETTS

Worcester, SS.

Superior Court

Civil Action No.: 2585CV00660-C

ALAIN JEAN-PAUL

12 Malden DR

Webster, MA 01570,    Plaintiff(s)

V.

TD BANK CORPORATE OFFICE

4140 CHURCH ROAD

MOUNT LAUREL, N.J.08054

Defendant(s)

RECEIVED BURLINGTON COUNTY SHERIFF 2025 OCT 21 A 9: 23

## COMPLAINT

On August 24, 2023 I visited a Defendant's location at 460 Southbridge Street, in Auburn, Massachusetts seeking to deposit a check of **$3,619.79** into my Bank account. The teller seemed surprised that I was depositing a check of such a large amount. Unfairly, unlawfully, right after the transaction Defendant automatically placed on a six day hold in my deposit. I had to wait for ten days to see the funds released on my Account. One week after making the deposit, I contacted Defendant's customer service on the phone to get some answers, nobody could explain to me the reason my deposit was placed on hold. **EXIBIT A -1,2**

On September 1, 2023, I contacted the Manager of the Defendant's branch where I made the deposit which was still on hold and I let her know my frustration, disappointment about the poor & unfair Customer Service Defendant has been provided to me and I said to her that was unlawful discrimination; I stated: "If my funds is not release today, I am going to file a complaint against Defendant." Surprisingly, the funds have been released late in the afternoon. Results of the

arbitrary hold in my Funds, I was obligated to sell my stock market with a lower price than the original value of $4,500.00 to pay part of my car repair post a car crash accident. Later time, the Stock value increased considerably making me losing more than seven thousand dollars ($7,000.00). Please find Evidence on **EXIBIT A- 3,4,5**

Since my complaint on the phone with Defendant, right after the ten days hold placed in my check's deposit where I stated that I was going to file a complaint against Defendant, I have been targeting by Defendant multiple times with some retaliatory actions. On September 5, 2023 Defendant placed on hold a refund of $456 made into my Account by Hertz Rent-A-Car for more than 10 days. I had to beg Defendant's Customer service on the phone multiple times to see my funds released. Please find Evidence on **EXIBIT B.**

On October 4, 2023, Defendant violated the "Customer overdraft fee Protection" on my checking account returning a $236.42 payment made to Facts Management; automatically the payment has been processed on October 2, 2023 and Defendant returned it on October 3, 2023 intentionally by Retaliation. Defendant avoided charging the account that time the overdraft fee of $35.00 simply because Defendant was aware of his wrongdoings. Usually, Defendant charges me for any overdraft, a fee of $35.00. Please find Evidence on **EXIBIT C- 1,2,3,4.**

I was consumed mentally, emotionally by Defendant threats; it was very difficult for me to focus on my upcoming Medical board examination on October 6, 2023 in which I spent thousands of dollars for my preparation. Unfortunately, I failed on the exam. I was so affected emotionally by Defendant actions that I ended up with a clinical condition that prohibited me driving a car right after the failure on my Medical Board Examination.

On October 18, 2023 Defendant declined to process a Zelle transaction made into my Account by my Sister who sent money to me via Zelle multiple times previously. **EXHIBIT D- 1,2,3,4**

Late in November, I went to a Defendant's West Roxbury location to withdraw an amount of $3,000.00 from my Checking Account; I had to wait longer than usual answering multiple questions from the Teller prior to the withdrawal.

On April 16, 2024, I made a check deposit of **$21,853.00** at the same Defendant's location in Auburn where I made the check deposit of **$3,619.79** on August 24, 2023. Surprisingly, in less than 24 hours all the funds have been released, the **$ 21,853.00** was available to use on the account. Please find Evidence on **EXIBIT E - 1,2,3,4.**

**Should be** the result of the unlawful discrimination complaint filed against Defendant at the MCAD on December 7, 2023; certainly, it's clear that the hold placed automatically on my check deposit by Defendant's Fraud Management Team was unlawful discrimination. Moreover, Defendant violated my right as a customer initiating retaliatory actions against me because I

spoke out, right after my exchanges with the Defendant's Manager & other staffs on September,1, 2023 where I stated I was going to file a complaint against the Bank

A Bank place was suppose to be an Institution in which all customers should be treated fairly with respect and integrity regardless their social class, race, origin, color ,the balance of money available on their account while providing excellent customer  and outstanding services to Clients.

With all respect to the Superior Court, I request a compensation of $3,600.000 from Defendant for the mental, emotional, academic, social and financial damages that Defendant's actions have caused to me.

I hereby, certify, under the pains and penalties of perjury that all the allegations against Defendant contained herein are true to the best of my knowledge.

Respectfully Submitted,

05-11-2025

ALAIN JEAN-PAUL

12 MALDEN DR, WEBSTER, MA 01570

857-261-1417

alainjeanpaul06@gmail.com

# EXHIBIT A

 **Bank**
America's Most Convenient Bank®

7          STATEMENT OF ACCOUNT



ALAIN JEAN PAUL
EMMANIA DESSALINES
33 PARAGON RD
WEST ROXBURY MA  02132

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Aug 24 2023-Sep 23 2023 |
| Cust Ref #: | 8258951009-630-7-### |
| Primary Account #: | 825-8951009 |

## TD Convenience Checking

ALAIN JEAN PAUL
EMMANIA DESSALINES

Account # 825-8951009

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 198.35 | Average Collected Balance | 1,655.89 |
| Deposits | 3,619.79 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 1,276.61 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 1,764.64 | Days in Period | 31 |
| Other Withdrawals | 3,000.00 | | |
| Ending Balance | 330.11 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/24 | DEPOSIT | 3,619.79 |
| | Subtotal: | 3,619.79 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/28 | ATM CASH DEPOSIT, *****31256656114 AUT 082623 ATM CASH DEPOSIT 460 SOUTHBRIDGE STREET    AUBURN    * MA | 40.00 |
| 08/30 | DEBIT CARD CREDIT, *****31256656114, AUT 083023 VISA DDA REF AMAZON COM AMZN COM BILL   AMZN COM BILL * WA | 31.82 |
| 09/05 | TD ZELLE RECEIVED, 32480010LOZ3 Zelle EMMANIA DESSALINE | 142.00 |
| 09/05 | RTP RCVD, Robinhood Securities | 200.64 |
| 09/05 | RTP RCVD, COINBASE | 625.15 |
| 09/14 | TD ZELLE RECEIVED, 325700F005AR Zelle EMMANIA DESSALINE | 237.00 |
| | Subtotal: | 1,276.61 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/24 | DEBIT CARD PURCHASE, *****31256656114, AUT 082223 VISA DDA PUR EMF K LOVE        800 525 5683 * CA | 10.00 |
| 08/29 | ACH DEBIT, COMMERCE INSURAN ECHECKPAY A9824454 | 99.66 |
| 08/29 | DEBIT POS, *****31256656114, AUT 082923 DDA PURCHASE DOLLAR TR 41 WORCESTER    WEBSTER    * MA | 10.23 |
| 08/30 | DEBIT CARD PURCHASE, *****31256656114, AUT 082923 VISA DDA PUR AMAZON COM T33JU8SX0 AMZ   AMZN COM BILL * WA | 31.82 |

5/24/24, 12:53 PM                                    Screenshot_20230901-143222_Samsung Internet.jpg

2:32 M G 🔋                          📶 49%

41 WORCESTER
WEBSTER * MA

| Date | Description | Amount |
|------|-------------|--------|
| 8/29/2023 | COMMERCE INSURAN ECHECKPAY | -$99.66 |
| 8/28/2023 | ATM CASH DEPOSIT TWO3C296 460 SOUTHBRIDGE STREET AUBURN * MA | $40.00 |
| 8/24/2023 | VISA DDA PUR 469216 EMF K LOVE 800 525 5683 * CA | -$10.00 |
| 8/24/2023 | DEPOSIT View deposit slip details ≫ | $3,619.79 |
| 8/23/2023 | MAINTENANCE FEE | -$15.00 |
| 8/23/2023 | CHECK 159 View check details ≫ | -$25.00 |
| 8/21/2023 | VISA DDA PUR(D) | -$17.00 |

2

5/24/24, 12:53 PM                    Screenshot_20230901-143200_Samsung Internet.jpg





**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ALAIN JEAN PAUL
EMMANIA DESSALINES

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Aug 24 2023-Sep 23 2023 |
| Cust Ref #: | .8258951009-630-7-### |
| Primary Account #: | 825-8951009 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | ELECTRONIC PMT-WEB, SAINT JOSEPH SCH FACTS ****00186011313 | 236.42 |
| 09/05 | DEBIT POS, *****31256656114, AUT 090523 DDA PURCHASE<br>SHELL SERVICE STATION    AUBURN     * MA | 20.00 |
| 09/05 | DEBIT POS, *****31256656114, AUT 090523 DDA PURCHASE<br>STAPLES 0294     AUBURN     * MA | 11.14 |
| 09/06 | DEBIT CARD PURCHASE, *****31256656114, AUT 090523 VISA DDA PUR<br>LUNDGREN COLLISION CENTE   AUBURN     * MA | 792.97 |
| 09/11 | DEBIT CARD PURCHASE, *****31256656114, AUT 090723 VISA DDA PUR<br>SIMPLEMOBILE AIRTIME     877 878 7908 * FL | 49.83 |
| 09/11 | ELECTRONIC PMT-WEB, SAINT JOSEPH SCH FACTS ****00186929291 | 45.00 |
| 09/12 | DEBIT POS, *****31256656114, AUT 091223 DDA PURCH W/CB<br>CVS PHARMACY 00 00498     WEBSTER     * MA | 38.24 |
| 09/14 | DBCRD PUR AP, *****31256656114, AUT 091323 VISA DDA PUR AP<br>AMAZON PRIME TX2TE0CM2    AMZN COM BILL * WA | 14.99 |
| 09/15 | ELECTRONIC PMT-WEB, SAINT JOSEPH SCH FACTS ****00187167946 | 236.42 |
| 09/18 | ACH DEBIT, PLANET FIT CLUB FEES ****803839135 | 10.00 |
| 09/18 | TD ATM DEBIT AP, *****31256656114, AUT 091823 DDA WITHDRAW AP<br>WA031233     WEBSTER     * MA | 40.00 |
| 09/18 | DEBIT POS AP, *****31256656114, AUT 091823 DDA PURCHASE AP<br>WM SUPERC WAL MART SUP    WHITINSVILLE * MA | 71.30 |
| 09/20 | ELECTRONIC PMT-TEL, ZWICKER & ASSOCI PHONE CHK TDB00630213 | 41.00 |
| 09/21 | DEBIT POS AP, *****31256656114, AUT 092123 DDA PURCHASE AP<br>USPS PO 24850005 339 MAI   WEBSTER     * MA | 1.59 |
| 09/21 | DEBIT POS AP, *****31256656114, AUT 092123 DDA PURCHASE AP<br>WALGREENS STORE 100 E MA   WEBSTER     * MA | 4.03 |
| | Subtotal: | 1,764.64 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/05 | DEBIT                    **4** | 3,000.00 |
| | Subtotal: | 3,000.00 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/23 | 198.35 | 09/11 | 550.68 |
| 08/24 | 3,808.14 | 09/12 | 512.44 |
| 08/28 | 3,848.14 | 09/14 | 734.45 |
| 08/29 | 3,738.25 | 09/15 | 498.03 |
| 09/01 — **4** | 3,501.83 | 09/18 | 376.73 |
| 09/05 | 1,438.48 | 09/20 | 335.73 |
| 09/06 | 645.51 | 09/21 | 330.11 |

# EXHIBIT B

HERTZ LOCAL EDITION
Web:          www.hertz.com

**Hertz.**

| Rental Agreement No: | H26515241 |
|---|---|
| Invoice Date: | 09/07/2023 |
| Document: | 609036197209 |

LOCAL EDITION

REPRINT

Renter:  .                    ALAIN PAUL
Account No.:               CASH

Direct All Inquiries To:
   HERTZ LOCAL EDITION
   PO BOX 268825
   OKLAHOMA CITY, OK 73126-8825

   TAX Id:        13-1938568


   ALAIN PAUL
   12 MALDEN DRIVE
   WEBSTER, MA 01570


## RENTAL REFERENCE
Rental Agreement No: H26515241
Reservation ID:       037-7980131

**1**

## RENTAL DETAILS
| | | |
|---|---|---|
| Rate Plan: | IN: HIDA     OUT: HID | |
| Rented On: | 08/10/2023 15:05  LOC# 772702 | |
| | AUBURN, MA | |
| Returned On: | 09/05/2023 23:59  LOC# 772702 | |
| | AUBURN, MA | |
| Car Description: | SIREQUINOXAWD1 30BKZA | |
| Vehicle No/VIN: | 1034362/ 2GNAXREV1J6318167 | |
| CAR CLASS Charged: L | MILEAGE    In: 60,050 | |
| Rented: | L | Out: 59,539 |
| Reserved: | Q4 | Driven:    511 |

## BILLING INFORMATION
| | |
|---|---|
| Claim No: | AU10401584 |
| Policy No: | 4706616493 |
| Date of Loss: | 2023-08-07 |
| Type of Loss: | D |
| Repair Facility: | LUNDGREN COLLISION C |
| Authorized Rate: | 45.00 |
| Authorized Days: | 27 |
| Insured: | JEAN PAUL |

## RENTAL CHARGES

TOTAL CHARGES                        0.00 USD


AMOUNT DUE                           0.00 USD

## MISCELLANEOUS INFORMATION
| | |
|---|---|
| TOTAL RENTAL DAYS | 27 |
| BILLED TO OTHERS | 1121.16 |
| TOTAL RENTAL CHARGES | 1121.16 |

THANK YOU FOR RENTING FROM HERTZ

DETACH AND SEND WITH PAYMENT-DO NOT STAPLE OR FOLD

Please include Rental Agreement No on your check.

| Rental Agreement No: | H26515241 |
|---|---|
| Invoice Date: | 09/07/2023 |
| Document: | 609036197209 |

REMIT TO:
HERTZ LOCAL EDITION
PO BOX 268825
OKLAHOMA CITY, OK 73126-8825
UNITED STATES

Renter:              ALAIN PAUL
Account No.:         CASH

5/24/24, 12:52 PM                    Screenshot_20230918-121859_Samsung Internet.jpg

12:18 🖼 ⚙ ▣                    📞 ⚡ 🔋 📶 62% 🔋

| 9/18/2023 | PLANET FIT | -$10.00 |
| 9/15/2023 | HERTZ RENT-A-CAR<br>4792131256656114 | -$30.00 |
| 9/15/2023 | HERTZ RENT-A-CAR<br>4792131256656114 | -$46.00 |
| 9/15/2023 | HERTZ RENT-A-CAR<br>4792131256656114 | -$50.00 |
| 9/15/2023 | HERTZ RENT-A-CAR<br>4792131256656114 | -$90.00 |
| 9/15/2023 | HERTZ RENT-A-CAR<br>4792131256656114 | -$184.00 |

**2**

**ACCOUNT HISTORY**

| 9/15/2023 | SAINT JOSEPH SCH<br>FACTS | -$236.42 |

|||        〇        ⟨

5/24/24, 12:53 PM                                    Screenshot_20230901-143213_Samsung Internet.jpg

2:32

| 9/1/2023 | PURCHASE AUTHORIZATION CBT LITTLE RIVER | $0.00 |
| 8/31/2023 | HERTZ RENT-A-CAR | $30.00 |
| 8/31/2023 | HERTZ RENT-A-CAR | $50.00 |
| 8/25/2023 | DEPOSIT HOLD 6 BUS DAYS | $3,619.79 |

2

**ACCOUNT HISTORY**

| 8/30/2023 | VISA DDA PUR 443106 AMAZON.COM T33JU8SXO AMZ AMZN COM BILL WA | $31.82 |
| 8/30/2023 | VISA DDA REF 443106 AMAZON.COM AMZN.COM BILL AMZN COM BILL WA | $31.82 |
| 8/29/2023 | DDA PURCHASE 6114 | $10.23 |

5/24/24, 12:52 PM                          Screenshot_20230903-150352_Samsung Internet.jpg

3:03 🕐 ⁰☹ ◉                        ◎ 🛜 .ıll 91% 🔋

Last 30 days

🔲 Search ⌄              📅 Search by date ⌄

⬆️      ❓      🖨️

| Date ⌄ | Description ⌄ | Credit ⌄ |
|---|---|---|

**PENDING TRANSACTIONS**

| 9/5/2023 | DEBIT CARD AUTHORIZATION HERTZ RENT-A-CAR | -$184.00 |
| 9/5/2023 | DEBIT CARD AUTHORIZATION HERTZ RENT-A-CAR | -$46.00 |
| 9/5/2023 | IM WITHDRAWL | -$3,000.00 |
| 9/2/2023 | PURCHASE AUTHORIZATION CBT*LITTLE RIVER | $0.00 |

2

Ⅲ        ⭕        ⟨

5/24/24, 12:52 PM                     Screenshot_20230918-121854_Samsung Internet.jpg



# EXHIBIT C

5/24/24, 1:35 PM                          Gmail - INFO: Saint Joseph School Payment Plan Return

 Gmail                                    Alain Jean-Paul <alainjeanpaul06@gmail

---

## INFO: Saint Joseph School Payment Plan Return

---

**FACTS Management Company** <noreply@factsmgt.com>                Wed, Oct 4, 2023 at 11:
To: alainjeanpaul06@gmail.com



## Saint Joseph School
Payment Return

2023-2024 School Year
Alain JeanPaul
Customer #: 5283325487
Agreement #: 121977424
Customer ID: 721-12419



### Alain JeanPaul,

We want to let you know a payment applied to your payment plan has returned.

We have automatically adjusted your schedule to conveniently assist you in making up
the payment.

> [ Make a Payment ]

UPCOMING SCHEDULE: (PAYMENTS WILL BE PROCESSED AUTOMATICALLY FROM
TD BANK - 1009)

| PAYMENT DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/10/2023 | Returned Payment Fee | $30.00 |
| 10/16/2023 | Rescheduled Payment | $236.42 |
| 10/16/2023 | Payment | $236.42 |
| 11/01/2023 | Payment | $236.42 |

You can view payments scheduled after 11/01/2023 online.

If you need to change the financial account your payments are processing from, you need to make the change at least two (2) business days before the date of the payment.

A $30.00 FACTS fee is assessed for each return. The fee is included in the schedule above. If the fee returns, it will be reprocessed immediately.

A $25.00 late fee may be assessed for returned payments.

If you want to make up your payment sooner than is listed in the schedule, go to FACTS Family Portal. Please log into ParentsWeb and click on the FACTS/Financial Section.

Thank you,
FACTS Management Company        __1__

Si usted tiene preguntas sobre esta correspondencia,
llame al Servicio al cliente (866)441-4637.

*Please do not reply to this automated message. The mailbox is not monitored.*

 **Bank**
America's Most Convenient Bank®

7        STATEMENT OF ACCOUNT



ALAIN JEAN PAUL
EMMANIA DESSALINES ·
33 PARAGON RD
WEST ROXBURY MA  02132

| | |
|---|---|
| Page: | 1 of 5 |
| Statement Period: | Sep 24 2023-Oct 23 2023 |
| Cust Ref #: | 8258951009-630-7-### |
| Primary Account #: | 825-8951009 |

## TD Convenience Checking

ALAIN JEAN PAUL
EMMANIA DESSALINES

Account # 825-8951009

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 330.11 | Average Collected Balance | 226.07 |
| Deposits | 1,100.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 3,306.42 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 4,407.68 | Days in Period | 30 |
| Other Withdrawals | 35.00 | | |
| Service Charges | 15.00 | | |
| Ending Balance | 278.85 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | **2** $35.00 | $35.00 |
| Total Returned Item Fees (NSF) | $0.00 | $0.00 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/03 | DEPOSIT | 100.00 |
| 10/04 | DEPOSIT | 200.00 |
| 10/05 | DEPOSIT | 800.00 |
| | Subtotal: | 1,100.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/03 | ACH RETURNED ITEM, SAINT JOSEPH SCH FACTS ****00188726843 **1** | 236.42 |
| 10/16 | TD ZELLE RECEIVED, 328700E0HQN4 Zelle JEANNE MICHEL | 2,700.00 |
| 10/18 | TD ZELLE RECEIVED, 329100E00ZAR Zelle PATRICIA JEANPAUL | 50.00 |

5/24/24, 12:52 PM                    Screenshot_20231004-172934_Samsung Internet.jpg

5:29 📶 📶 C ⋯                          🔵 �. .ıl 93%🔋

**PENDING TRANSACTIONS**

| 10/4/2023 | DEPOSIT | $200.00 |

**ACCOUNT HISTORY**

| 10/3/2023 | SAINT JOSEPH SCH FACTS | **4** | $236.42 |

| 10/3/2023 | DEPOSIT | $100.00 |
| | View deposit slip details > | |

| 10/2/2023 | SAINT JOSEPH SCH FACTS | **1** | $236.42 |

| 9/28/2023 | OVERDRAFT PD | **3** | -$35.00 |
| | View fee details > | |

| 9/27/2023 | COMMERCE INSURAN ECHECKPAY | -$99.66 |

| 9/25/2023 | VISA DDA PUR AP | -$141.89 |

‖‖    ◯    ‹

# EXHIBIT D

5/24/24, 12:53 PM                    Screenshot_20230816-114051_Gmail.jpg

11:40 🛜 🖨 🅒 ⋯                    📷 LTE+ 📶 72% 🔋

←          🗑 ✉ ⋮

 Alerts@tdbank.com  11:40 AM  ↩ ⋮

to me ⌄

**TD Bank**
America's Most Convenient Bank®

**Zelle**

Dear Alain,

Just confirming that your payment to Patricia has finished processing.

### Payment Details

| | |
|---|---|
| Confirmation Number | 479545230 |
| Amount | $25.00 |
| From | TD Bank, TD CONVENIENCE CHECKING, ******1009 |
| To | Patricia Jean-Paul (857-544-4094) |
| Message | Taxi fee |

As of August 16, 2023, the money for this payment _**1**_ was removed from your account and credited to Patricia. You can sign in to Send Money with Zelle® to view your activity.

Thank you for using Send Money with Zelle® offered by TD Bank.

Sincerely,
TD Bank

This email was sent to alainjeanpaul06@gmail.com. If you believe you have received this email in error, forward it to us at Alerts@tdbank.com.

|||      ◯      ‹



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ALAIN JEAN PAUL
EMMANIA DESSALINES

Page:                                           4 of 6
Statement Period:        Jul 24 2023-Aug 23 2023
Cust Ref #:                   8258951009-630-7-###
Primary Account #:                      825-8951009

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOL |
|---|---|---|
| 08/08 | DEBIT POS, *****31256656114, AUT 080823 DDA PURCHASE<br>USPS PO 24850005 339 MAI   WEBSTER     * MA | 2. |
| 08/09 | DEBIT POS, *****31256656114, AUT 080923 DDA PURCHASE<br>PRICE CHOPPER 240     WEBSTER     * MA | 30. |
| 08/10 | DEBIT CARD PURCHASE, *****31256656114, AUT 080823 VISA DDA PUR<br>SIMPLEMOBILE AIRTIME     877 878 7908 * FL | 49. |
| 08/10 | DEBIT CARD PURCHASE, *****31256656114, AUT 080823 VISA DDA PUR<br>UMASS MEMORIAL CAMPUS     WORCESTER   * MA | 6. |
| 08/10 | TD ATM DEBIT, *****31256656114, AUT 081023 DDA WITHDRAW<br>460 SOUTHBRIDGE STREET     AUBURN     * MA | 900. |
| 08/14 | DEBIT CARD PURCHASE, *****31256656114, AUT 081323 VISA DDA PUR<br>AMAZON PRIME TO2EP5010     AMZN COM BILL * WA | 14. |
| 08/14 | ELECTRONIC PMT-WEB, SAINT JOSEPH SCH FACTS ****00184472980 | 250. |
| 08/15 | ELECTRONIC PMT-WEB, SAINT JOSEPH SCH FACTS ****00184566288 | 236. |
| 08/16 | TD ZELLE SENT, 322800D020UO Zelle PATRICIA JEANPAUL | 25. |
| 08/17 | ACH DEBIT, PLANET FIT CLUB FEES ****815191509 | 10. |
| 08/17 | TD ZELLE SENT, 322900P08MDG Zelle EMMANIA DESSALINE | 250. |
| 08/17 | TD ZELLE SENT, 322900G0DOTZ Zelle PATRICIA JEANPAUL | 70. |
| 08/17 | DEBIT POS, *****31256656114, AUT 081723 DDA PURCHASE<br>MARKET BASKET     OXFORD     * MA | 9. |
| 08/21 | DEBIT CARD PURCHASE, *****31256656114, AUT 081823 VISA DDA PUR<br>STAPLES   00115253     MARLBOROUGH   * MA | 7. |
| 08/21 | DEBIT CARD PURCHASE, *****31256656114, AUT 081923 VISA DDA PUR<br>NEAT LADY FISHING     MIDDLEBORO   * MA | 117. |

Subtotal:     3,342.

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOL |
|---|---|---|
| 08/15 | DEBIT | 980. |

Subtotal:     980.

### Service Charges

| POSTING DATE | DESCRIPTION | AMOL |
|---|---|---|
| 08/23 | MAINTENANCE FEE | 15. |

Subtotal:     15.

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALAN |
|---|---|---|---|
| 07/23 | 734.20 | 08/07 | 1,012. |
| 07/24 | 724.20 | 08/08 | 945. |
| 07/25 | 603.69 | 08/09 | 914. |


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ALAIN JEAN PAUL
EMMANIA DESSALINES

Page:                                          3 of 5
Statement Period:      Jun 24 2023-Jul 23 2023
Cust Ref #:                 8258951009-630-T-###
Primary Account #:                    825-8951009

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/29 | DEBIT CARD PURCHASE, *****31256656114, AUT 062823 VISA DDA PUR AMZN MKTP US MZ4Y93WL3    AMZN COM BILL * WA | 23.36 |
| 06/29 | DEBIT POS, *****31256656114, AUT 062923 DDA PURCHASE A L PRIME HYD       HYDE PARK    * MA | 25.00 |
| 06/30 | DEBIT CARD PURCHASE, *****31256656114, AUT 062923 VISA DDA PUR CLASSIC OIL CHANGE    WEST ROXBURY * MA | 213.63 |
| 06/30 | DEBIT CARD PURCHASE, *****31256656114, AUT 062923 VISA DDA PUR AMZN MKTP US L048I2MG3    AMZN COM BILL * WA | 49.98 |
| 06/30 | DEBIT CARD PURCHASE, *****31256656114, AUT 062923 VISA DDA PUR SUBWAY 27927       HYDE PARK   * MA | 13.46 |
| 07/03 | TD ZELLE SENT, 318200L011B8 Zelle MYRIAM WILKS | 35.00 |
| 07/03 | DEBIT CARD PURCHASE, *****31256656114, AUT 070123 VISA DDA PUR SQ SUBWAY        HUDSON     * MA | 9.19 |
| 07/03 | DEBIT POS, *****31256656114, AUT 070123 DDA PURCHASE WM SUPERC WAL MART SUP    HUDSON     * MA | 63.23 |
| 07/03 | DEBIT POS, *****31256656114, AUT 070223 DDA PURCHASE THE HOME DEPOT 2624    OXFORD      * MA | 211.44 |
| 07/03 | DEBIT POS, *****31256656114, AUT 070223 DDA PURCHASE MARKET BASKET      OXFORD    * MA | 83.66 |
| 07/03 | DEBIT POS, *****31256656114, AUT 070223 DDA PURCHASE DOLLARTRE 121 SUTTON A    OXFORD    * MA | 19.28 |
| 07/03 | ELECTRONIC PMT-WEB, SAINT JOSEPH SCH FACTS ****00181757017 | 236.42 |
| 07/05 | DEBIT POS, *****31256656114, AUT 070323 DDA PURCHASE A L PRIME HYD       HYDE PARK    * MA | 20.00 |
| 07/05 | TD ZELLE SENT, 318500P082KK Zelle PATRICIA JEANPAUL ___1 | 50.00 |
| 07/05 | TD ZELLE SENT, 318500K07SLQ Zelle PATRICIA JEANPAUL | 6.00 |
| 07/06 | DEBIT POS, *****31256656114, AUT 070623 DDA PURCHASE CVS PHARMACY 00 00708    AUBURN    * MA | 9.13 |
| 07/07 | DEBIT CARD PURCHASE, *****31256656114, AUT 070523 VISA DDA PUR AMZN MKTP US F77OH95D3    AMZN COM BILL * WA | 44.60 |
| 07/10 | DEBIT CARD PURCHASE, *****31256656114, AUT 070623 VISA DDA PUR STAPLES    00102947    AUBURN    * MA | 4.80 |
| 07/10 | DEBIT CARD PURCHASE, *****31256656114, AUT 070723 VISA DDA PUR MAC S AUTO REPAIR AND CO    WEBSTER    * MA | 2.69 |
| 07/10 | DEBIT CARD PURCHASE, *****31256656114, AUT 070823 VISA DDA PUR SIMPLEMOBILE AIRTIME    877 878 7908 * FL | 49.83 |
| 07/10 | DEBIT POS, *****31256656114, AUT 070823 DDA PURCHASE PRICE CHOPPER 240     WEBSTER    * MA | 6.12 |
| 07/10 | DEBIT POS, *****31256656114, AUT 070823 DDA PURCHASE GNC 000440 2 WORCESTE    WEBSTER    * MA | 47.80 |
| 07/10 | DEBIT POS, *****31256656114, AUT 071023 DDA PURCHASE PRICE CHOPPER 240     WEBSTER    * MA | 6.36 |
| 07/11 | DEBIT CARD PURCHASE, *****31256656114, AUT 071023 VISA DDA PUR AMZN MKTP US AN1I77113    AMZN COM BILL * WA | 8.00 |


**Bank**

America's Most Convenient Bank®

ALAIN JEAN PAUL
EMMANIA DESSALINES

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 4 of 6 |
| Statement Period: | Jul 24 2023-Aug 23 2023 |
| Cust Ref #: | 8258951009-630-7-### |
| Primary Account #: | 825-8951009 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/08 | DEBIT POS, *****31256656114, AUT 080823 DDA PURCHASE<br>USPS PO 24850005 339 MAI    WEBSTER    * MA | 2.64 |
| 08/09 | DEBIT POS, *****31256656114, AUT 080923 DDA PURCHASE<br>PRICE CHOPPER 240       WEBSTER    * MA | 30.40 |
| 08/10 | DEBIT CARD PURCHASE, *****31256656114, AUT 080823 VISA DDA PUR<br>SIMPLEMOBILE AIRTIME    877 878 7908 * FL | 49.83 |
| 08/10 | DEBIT CARD PURCHASE, *****31256656114, AUT 080823 VISA DDA PUR<br>UMASS MEMORIAL CAMPUS    WORCESTER    * MA | 6.00 |
| 08/10 | TD ATM DEBIT, *****31256656114, AUT 081023 DDA WITHDRAW<br>460 SOUTHBRIDGE STREET    AUBURN    * MA | 900.00 |
| 08/14 | DEBIT CARD PURCHASE, *****31256656114, AUT 081323 VISA DDA PUR<br>AMAZON PRIME TO2EP5010    AMZN COM BILL * WA | 14.99 |
| 08/14 | ELECTRONIC PMT-WEB, SAINT JOSEPH SCH FACTS ****00184472980 | 250.00 |
| 08/15 | ELECTRONIC PMT-WEB, SAINT JOSEPH SCH FACTS ****00184566288 | 236.42 |
| 08/16 | TD ZELLE SENT, 322800D020UO Zelle PATRICIA JEANPAUL | 25.00 |
| 08/17 | ACH DEBIT, PLANET FIT CLUB FEES ****815191509 | 10.00 |
| 08/17 | TD ZELLE SENT, 322900P08MDG Zelle EMMANIA DESSALINE    **1** | 250.00 |
| 08/17 | TD ZELLE SENT, 322900G0DOTZ Zelle PATRICIA JEANPAUL | 70.00 |
| 08/17 | DEBIT POS, *****31256656114, AUT 081723 DDA PURCHASE<br>MARKET BASKET      OXFORD    * MA | 9.55 |
| 08/21 | DEBIT CARD PURCHASE, *****31256656114, AUT 081823 VISA DDA PUR<br>STAPLES    00115253    MARLBOROUGH  * MA | 7.80 |
| 08/21 | DEBIT CARD PURCHASE, *****31256656114, AUT 081923 VISA DDA PUR<br>NEAT LADY FISHING      MIDDLEBORO   * MA | 117.00 |
| | Subtotal: | 3,342.18 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/15 | DEBIT | 980.00 |
| | Subtotal: | 980.00 |

### Service Charges

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/23 | MAINTENANCE FEE | 15.00 |
| | Subtotal: | 15.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/23 | 734.20 | 08/07 | 1,012.98 |
| 07/24 | 724.20 | 08/08 | 945.34 |
| 07/25 | 603.69 | 08/09 | 914.94 |

5/24/24, 12:51 PM                                    Screenshot_20231018-123859_Gmail.jpg

12:38  ···                    🔕 📶 58%

←                    ⊡    🗑    ✉    ⋮

 **Bank**
America's Most Convenient Bank®



Hello ALAIN,                    _**2**_

PATRICIA JEANPAUL sent you $50.00 on 10/18/2023.
However, we were unable to deposit the money into
your account (TD Bank, Checking), so we're returning
the money to PATRICIA JEANPAUL. You may want to
check that your account is listed correctly in Send
Money with Zelle®.

If you have any questions about your account, contact
us at Alerts@tdbank.com or 1-800-493-7562.

Contact PATRICIA JEANPAUL directly if you need to
make other arrangements to receive this payment.

Thank you for using Send Money with Zelle®.


Sincerely,

TD Bank


You received this service-related email because
someone tried to send you money through Send
Money with Zelle®. You can see all outstanding
requests and incoming payment activity by signing in
to our website and locating Send Money with Zelle®.

Email ID: ZEL912

                    ⬛

.5/24/24, 12:51 PM                                      Screenshot_20231018-124229_Gmail.jpg

12:42 📷 📧 📧 ⋯                                  📧 📶 .ıll 57% 📧

←        📥   🗑   ✉   ⋮

**Alerts@tdbank.c...**   12:41 PM   ↩   ⋮
to me ⌄

 **Bank**
America's Most Convenient Bank®

**Zelle**

Dear Alain,

Just confirming that you sent a request from Send Money with Zelle®.

**Request Details**

To       Patricia Jean-Paul
Amount
Requested   $50.00
Message   Donation     _2_

We'll send this request immediately and tell you when your request is paid. Any payment will be deposited directly into your Checking account (TD Bank, TD CONVENIENCE CHECKING).

We'll email you if we have any trouble processing your request.

Thank you for using Send Money with Zelle® offered by TD Bank.

Sincerely,
TD Bank

This email was sent to alainjeanpaul06@gmail.com.
If you believe you have received this email in error

|||      ◯      ‹

5/24/24, 12:50 PM                    Screenshot_20231018-163806_Gmail.jpg

4:38 **C**   ···                    🔕 📶 60%

← 　　　　　　　📥 🗑 ✉ ⋮

 **Bank**
America's Most Convenient Bank®

# Żelle®

Dear ALAIN JEAN PAUL,

Patricia Jean-Paul has paid your request. $50.00 has been deposited into your account.

Message from Patricia Jean-Paul: Donation

**Request Details**

To          Patricia Jean-Paul
Amount
Requested   $50.00          __3__
Message    Donation

Sincerely,

TD Bank


This email was sent to alainjeanpaul06@gmail.com. If you believe you have received this email in error, forward it to us at Alerts@tdbank.com.

To receive a copy of our privacy policy, email us at Alerts@tdbank.com.

You received this service-related email because you requested and received money through Send Money with Zelle®.

Email ID: ZEL943

|||          ◯          ‹

5/24/24, 12:50 PM                    Screenshot_20231019-214631_Samsung Internet.jpg

9:46

| 10/19/2023 | DEBIT CARD AUTHORIZATION HI'LO GAS | -$20.00 |

**ACCOUNT HISTORY**

| 10/18/2023 | TD ZELLE RECEIVED 329100EOOZAR ZELLE PATRICIA JEANPAUL | $50.00 | 4 |

| 10/17/2023 | DDA PURCHASE AP 315790 PRICE CHOPPER 240 WEBSTER * MA | -$11.47 |

| 10/17/2023 | PLANET FIT CLUB FEES | -$10.00 |

| 10/16/2023 | UWM MORTGAGE UWM MORTGA | -$2,658.52 |

| 10/16/2023 | SAINT JOSEPH SCH FACTS | -$236.42 |

EXHIBIT E



**Bank**
America's Most Convenient Bank®

ALAIN JEAN PAUL
EMMANIA DESSALINES
12 MALDEN DR
WEBSTER MA          01570-3019

630 / TD Convenience Checking          8258951009

| | | | |
|---|---|---|---|
| Statement Beginning Balance As Of: 3/24/2024 | | | $1,090.31 |
| Plus | Deposits and Other Credits | | $25,233.21 |
| Less | Checks and Other Debits | 2 | $3,871.12 |
| Statement Balance As Of: 04/17/2024 | | | $22,452.40 |

| Date | Description | Debit | Balance |
|---|---|---|---|
| 4/8/2024 | VISA DDA PUR AP 444500   ACI DIGITAL FCU   800 252 9538 * NE | $88.00 | $1,943.27 |
| 4/8/2024 | VISA DDA PUR AP 413746   BIG LOTS 4669   WEBSTER * MA | $10.60 | $1,932.67 |
| 4/8/2024 | TD ZELLE SENT 409800A03K2V Zelle EMMANIA DESSALINE | $50.00 | $1,882.67 |
| 4/8/2024 | DDA PURCHASE AP 315790   PRICE CHOPPER 240 WEBSTER * MA | $3.99 | $1,878.68 |
| 4/8/2024 | DDA PURCHASE AP 08954261   MARKET BASKET OXFORD * MA | $95.46 | $1,783.22 |
| 4/8/2024 | FACTS   * FACTS | $55.00 | $1,728.22 |
| 4/9/2024 | DDA PURCHASE AP 316808   BJ S FUEL 9038 782 WASH AUBURN * MA | $20.35 | $1,707.87 |
| 4/9/2024 | 174 CHECK | $100.00 | $1,607.87 |
| 4/11/2024 | AMERICAN RENAL M PAYROLL | $999.32 | $2,607.19 |
| 4/11/2024 | VISA DDA PUR AP 469216   AMAZON COM GC7W74LE3 AMZN COM BILL * WA | $22.30 | $2,584.89 |
| 4/11/2024 | DDA PURCHASE AP 316808   BJS WHOLESALE  0 777 WAS AUBURN * MA | $48.98 | $2,535.91 |
| 4/12/2024 | DDA PURCHASE AP 30049804   CVS PHARM 00498 118 E WEBSTER * MA | $7.75 | $2,528.16 |
| 4/15/2024 | TD ZELLE RECEIVED 41050010HZVY Zelle EMMANIA DESSALINE | $100.00 | $2,628.16 |
| 4/15/2024 | VISA DDA PUR AP 416407   STAPLES   00102947 AUBURN * MA | $1.80 | $2,626.36 |
| 4/15/2024 | VISA DDA PUR AP 449215   VARSITY YEARBOOK 1800204373 * IN | $48.99 | $2,577.37 |
| 4/15/2024 | TD ZELLE SENT 410400L05151 Zelle EMMANIA DESSALINE | $1,000.00 | $1,577.37 |
| 4/15/2024 | VISA DDA PUR AP 469216   AMAZON PRIME HL9EU6SH3 AMZN COM BILL * WA | $14.99 | $1,562.38 |
| 4/15/2024 | TD ZELLE SENT 41060F02IVC Zelle EMMANIA DESSALINE | $335.00 | $1,227.38 |
| 4/15/2024 | DDA PURCHASE AP 316808   BJS WHOLESALE  0 777 WAS AUBURN * MA | $53.98 | $1,173.40 |
| 4/15/2024 | DDA PURCH W/CB 08954261   MARKET BASKET OXFORD * MA | $99.40 | $1,074.00 |
| 4/15/2024 | DDA PURCHASE AP 12775601   HONEY FARMS INC OXFORD * MA | $20.00 | $1,054.00 |
| 4/15/2024 | VISA DDA PUR AP 469216   AMZN MKTP US 9859K39M3 AMZN COM BILL * WA | $106.24 | $947.76 |
| 4/15/2024 | SPECTRUM   SPECTRUM | $111.98 | $835.78 |
| 4/15/2024 | SAINT JOSEPH SCH FACTS | $236.42 | $599.36 |



**MORGAN & MORGAN BOSTON**
BOSTON TRUST ACCOUNT
20 N. ORANGE AVENUE, SUITE 1600
ORLANDO, FL 32801



63-27/631

NUMBER

14421

1

DATE

4/11/2024

AMOUN

$21,853.04

PAY
TO THE
ORDER
OF

\*\*\*TWENTY-ONE THOUSAND EIGHT HUNDRED FIFTY-
THREE AND 04/100 DOLLARS\*\*\*

Alain Jean-Paul

12 Malden Dr
Webster MA 01570

14695833/Alain Jean-Paul/Proceed

TRUST ACCOUNT - BOSTON

VOID AFTER 90 DAYS

⑈0⁣14421⑈ ⑆0116000138⑆ 004640589521⑈

 **Bank**

America's Most Convenient Bank®

ALAIN JEAN PAUL
EMMANIA DESSALINES
12 MALDEN DR
WEBSTER MA          01570-3019

630 / TD Convenience Checking          8258951009

| | | |
|---|---|---|
| Statement Beginning Balance As Of: 3/24/2024 | | $1,090.31 |
| Plus | Deposits and Other Credits | $26,233.21 |
| Less | Checks and Other Deb | $3,871.12 |
| Statement Balance As Of: 04/17/2024 | | $22,452.40 |
| 4/16/2024 DEPOSIT | $21,853.04 | $22,452.40 |

**Check Transactions**

| Number | Date | Amount |
|---|---|---|
| 170 | 3/26/2024 | $100.00 |
| 171 | 4/1/2024 | $100.00 |
| 172 | 4/1/2024 | $100.00 |
| 173 | 4/3/2024 | $100.00 |
| 174 | 4/9/2024 | $100.00 |

12:22PM 04/16/24 *1009 CK DEPOSIT    $21,853.04 5588

**4**

 **Bank**
America's Most Convenient Bank®
1-888-751-9000 | tdbank.com

Hope your day is
as awesome as you. :)

Member FDIC, TD Bank, N.A. | Deposits may not be available for immediate withdrawal. If you are a new Customer to TD Bank, special funds availability rules may apply within the first thirty (30) days your account is open. All items are received subject to verification, collection and the provisions of any applicable collection agreement.
SO-0178 (02/22)


Download our
mobile app.

# EXHIBIT E



Case 1:25-cv-00192   Document 1-1   Filed 11/19/25   Page 41 of 48

Q   Search   🜹   👁   ⟳   🔔

🕘   0          📊   0

**Recurring buys**          **Limit orders**

# Recent

⚌   Type ⌄   Asset ⌄



| | | |
|---|---|---|
| 💲 **Withdrew funds** Sep 5, 2023 | | -$634.67 -634.67 USD |
| △ **Sold AMP** Sep 5, 2023 | | -$161.33 -88,569.98 AMP |
| 🐱 **Sold SHIB** Sep 5, 2023 | | -$473.34 -62,418,989 SHIB |

**Buy & sell**          **Transfer**

🏠   ♡   🕘   ✎   🧾   ⇄   🧭   🗑   ⏩

← 

# Transactions

| 〒 | Type (1) ⌄ | Asset (1) ⌄ |



**Sold SHIB**
Sep 5, 2023

-$473.34
-62,418,989 SHIB

# Taxes

**Summary**   **Activity**   **Documents**   **>**

( 2023 ∨ )   All assets ∨   Any activi

## Realized loss ⓘ
## -$3,056.11

Long term                     -$2,917.44

Short term                    -$138.67

Cost basis method             HIFO

## Estimated MISC income ⓘ
## $0.00



← History ⓘ

( All accounts ⌄ )  ( Money transfers ⌄ )

## May 2021

Deposit from TD CONVENIENCE
CHECKING to individual                    +$1,000.00
May 23, 2021

Deposit from TD CONVENIENCE
CHECKING to individual                    +$2,500.00
May 19, 2021

## January 2021

Deposit from TD CONVENIENCE
CHECKING to individual                    +$1,500.00
Jan 25, 2021

## December 2020

Deposit from TD CONVENIENCE
CHECKING to individual                    +$500.00

Case 4:25-cv-40192    Document 1-1    Filed 11/19/25    Page 45 of 48



← History                              ⓘ

( All accounts ⌄ )    ( Money transfers ⌄ )

## April 2024

Deposit from TD CONVENIENCE
CHECKING to individual                    +$5,000.00
Apr 24, 2024

Deposit from TD CONVENIENCE
CHECKING to individual                       +$5.00
Apr 24, 2024

## September 2023

Withdrawal to TD CONVENIENCE
CHECKING from individual                    -$203.70
Sep 05, 2023

## November 2022

Withdrawal to TD CONVENIENCE
CHECKING from individual                    -$300.00

← **Taxes**

**Summary**   **Activity**   **Documents**   **>**

# Realized loss ⓘ

## -$3,056.11

| Activity type | Total |
|---|---|
| Spent crypto | $0.00 |
| Futures | $0.00 |
| Converted crypto | $0.00 |
| Sold crypto | -$3,056.11 |
| Cost basis method ⓘ | HIFO > |

# Estimated MISC income ⓘ

     **Save**

Coinbase

January 1, 2023 00:00 EST - December 31, 2023 23:59 EST

## Gain / Loss report

ALADI JEAN-PAUL | 8d63d1e9-9cb3-5e01-9018-9c76cacf4168 | alainjeanpaul06@gmail.com

### About report

This report includes all taxable activity on Coinbase with realized gains or losses. For US customers. Sells and Converts are taxable events that realize gains. This report does not include taxable events like Staking or Coinbase Earn that result in income. Note that this report is provided for informational purposes only, and you are responsible for confirming the accuracy and completeness of the information set forth in the report. For final tax obligations, please consult your tax advisor.

### Report legend

**Short-term**

The tax you pay on capital gains or losses depends on how long you hold the asset. If you hold an asset for 1 year or less, you pay the short term capital gains tax rate.

**Long-term**

The tax you pay on capital gains or losses depends on how long you hold the asset. If you hold an asset for 1 year and 1 day, or longer, you pay the long term capital gains tax rate.

**Proceeds**

The amount of money you received when you sold your cryptocurrency. If you received USD in exchange for your cryptocurrency then the cash you received is your proceeds. If you exchanged one cryptocurrency for another it will be the dollar value of the crypto you received.

**Cost-basis method**

You can change your cost-basis method by accessing the Settings page. For futures, the cost-basis method is fixed to FIFO (First in, first out). The method currently displayed is based on your account's default setting.

### Summary

Cost Basis Method: HIFO

| Data source | Long-term | Short-term | Total Gain/Loss |
|---|---|---|---|
| Coinbase | -$2,917.44 | -$138.67 | -$3,056.11 |
| Total | -$2,917.44 | -$138.67 | -$3,056.11 |

Generated on April 27, 2025 16:16 EST



 

I hereby deputize and appoint

_____S/O FORTE #35170_____
My Special Deputy to serve this Writ
Witness my hand and seal

OCT 2 1 2025
This _____ day of _____20_____

_James H. Kostoplis_
_____
JAMES H. KOSTOPLIS
SHERIFF (SEAL)

_____
ODISE A. CARR
UNDERSHERIFF (SEAL)

**Duly Served**

_10/21_ 20 _25_
_Forte #3570_
_____
Deputy Signature